Toan B. Chung, SBN 276505
**ROQUEMORE, PRINGLE & MOORE, INC.**
13300 Crossroads Parkway North, Suite 185
City of Industry, CA 91746
Tel. No. (323) 724-3117
Fax No. (323) 724-5410
tbchung@rpmlaw.com

Attorneys for JOHN P. PRINGLE,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>RICARDO ANTONIO BARRERA TORRES,<br><br>Debtor.<br><br>JOHN P. PRINGLE, CH. 7 TRUSTEE, of Ricardo Antonio Barrera Torres,<br><br>Plaintiff,<br><br>vs.<br><br>CLARA E. TORRES BARRERA,<br><br>Defendant. | Case No 2:24-bk-18557-DS<br><br>Adv No. 2:25-ap-01321-DS<br><br>Chapter 7<br><br>**AMENDED PROOF OF SERVICE OF SUMMONS, NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING, STATUS CONFERENCE PROCEDURES OF JUDGE DEBORAH J. SALTZMAN, COMPLAINT, AND EXHIBIT "A" – JOINT STATUS REPORT FORM.** |

**PLEASE TAKE NOTICE** that on July 24, 2025, the Summons, Notice of Status Conference in Adversary Proceeding, Status Conference Procedures of Judge Deborah J. Saltzman, The Complaint with all Exhibits along with Exhibit "A" – Judge Saltzman's

1 | Instructions and Joint Status Report were served on Defendant, CLARA E. TORRES BARRERA
2 | at 114354 New Brook Drive, Houston, TX 77072 and at 630 W. 113th Street, Los Angeles, CA
3 | 90044-4214 on July 24, 2025.

The "Judge Saltzman's Instructions and Joint Status Report although served on Defendant were inadvertently left off the description of documents served on the proof of service.

Respectfully submitted,

DATED: July 25, 2025

**ROQUEMORE, PRINGLE & MOORE, INC.**

By: /s/ Toan B. Chung
TOAN B. CHUNG
Attorney for Plaintiff, JOHN P. PRINGLE,
Chapter 7 Trustee

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6055 East Washington Boulevard, Suite 500
Los Angeles, CA 90040-2466

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED PROOF OF SERVICE OF SUMMONS, NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING, STATUS CONFERENCE PROCEDURES OF JUDGE DEBORAH J. SALTZMAN, COMPLAINT, AND EXHIBIT "A" – JOINT STATUS REPORT FORM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 25, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - **Toan B Chung**    tbchung@rpmlaw.com, toan.b.chung@gmail.com;bankpara@rpmlaw.com;brenfro@rpmlaw.com
   - **John P Pringle (TR)**    brenfro@rpmlaw.com, jpp@trustesolutions.net;jpringle@rpmlaw.com
   - **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On July 25, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

CLARA E. TORRES BARRERA
11435 New Brook Drive
Houston, TX 77072

CLARA E. TORRES BARRERA
630 W. 113th Street
Los Angeles, CA 90044-4214

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 25, 2025 | SHARON WU | /s/ Sharon Wu |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**